**Goichi SUENAGA, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 99–56803.

D.C. No. CV–98–03416–LGB.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 18, 2002.

Before CANBY, BEEZER and PAEZ, Circuit Judges.

MEMORANDUM **

Goichi Suenaga appeals pro se the district court's judgment dismissing his action alleging that he was entitled to United States citizenship. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion dismissals for failure to comply with a court order, *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir. 1992), and we affirm.

Suenaga failed to file an amended complaint as directed by the district court's

order of August 9, 1999. The district court warned Suenaga that failure to comply could lead to dismissal with prejudice and provided him with thirty days to file a third amended complaint. Under these circumstances, the district court did not abuse its discretion by dismissing Suenaga's action with prejudice. *See id.* at 1261–62.

We decline to consider Suenaga's remaining contentions raised for the first time on appeal. *See Janes v. Wal–Mart Stores, Inc.,* 279 F.3d 883, 887 (9th Cir. 2002).

Suenaga's motion to file an untimely and oversized reply brief is denied. *See* Fed. R.App. P. 31(a)(1); Ninth Circuit Rule 28–1.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.